The U.S. District Court of the District of Maine

June 27, 2012
2022
MJ

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

2022 JUL -5 P 2:03

DEPUTY CLERK

Matthew Jones,                )

    Plaintiff,            )            Civil Action Case Number: _____

V.

Portland, Maine P.D.,      )  TRIAL BY JURY DEMANDED

    Defendant.          )

## COMPLAINT

COMES NOW, the Plaintiff Matthew Jones, in pro se representation, and complains of the Defendant doing business as the government entity Portland, Maine Police Department, as follows, to wit:

1. Plaintiff, MATTHEW JONES, is a resident of the State of Delaware. I have resided at 11366 Sussex Highway, Greenwood, DE 19950 since the home was built in the fall of 1991.

2. The Portland Maine Police Department is a municipality of the State of Maine, in the United States, located at 109 Middle Street, Portland, Maine, 04101.

1

3. In the Indian Harvest in 1986, my cousin Trisha Henry (Herglotz) forcibly took custody of me away from my mother Linda Jones because I was being very fouly treated. Her brother Mike Henry, her and I, and some others ran away hoping to start over with our lives. We quickly ran out of money, but decided to see the whole North before, we returned in defeat to the lives that we had run from because they were not conducive to our survival. Keeping poor track of their finances, led to us being stranded in New England with no way home, or to anywhere. They offered themselves and me in prostitution. As money came from it, we continued our look for a new home to Maine, to see every northern State before giving up. In Portland, I was offered as an infant prostitute to the local law enfocement. The Portland Maine police officers, raped, molested, battered, conditioned, and attempted to murder me for parts of six days at the end of January in 1987. Usually, they met us in our vehicle for anal and oral. The attacks also occurred inside the Old Port Tavern located on 11 Moulton Street, and in a coffee shop that was located in an all brick townhouse structure that I cannot currently locate by name or address and presume is no longer open. Anal sex is fatal. Anal rape is murder, attempted murder. Unprotected sex can

lead to the contraction of life ending viruses. In human history, no one younger than the age of puberty has ever wanted to have sex. The police officers, to a man or woman, threatened me to never speak of what they had done or else we would die from so much pain that we would commit suicide because we could not bear it.

4. The rapes, psychological torment, mental illnesses, poisonings, beatings, contorted bends, and other attempted murders committed against me as a less than 1 year old infant, were proximately caused by the negligence of the Defendant. The Portland Police Department was reckless and wanton in that it:

    a. The Portland PD is Law enforcement of the city of Portland, State of Maine, United States of America, is paid to serve and protect citizens of this country from crimes. I am a citizen because I was born in the United States.

    b. "No statute of limitations that would otherwise preclude prosecution for an offense involving the sexual or physical abuse, or kidnaping, of a child under the age of 18 years shall preclude such prosecution during the life of the child, or for ten years after the offense, whichever is longer." ~*18 U.S. Code § 3283 - Offenses against children* (June 25, 1948, ch. 645, 62

Stat. 828; Pub. L. 103–322, title XXXIII, § 330018(a), Sept. 13, 1994, 108 Stat. 2149; Pub. L. 108–21, title II, § 202, Apr. 30, 2003, 117 Stat. 660; Pub. L. 109–162, title XI, § 1182(c), Jan. 5, 2006, 119 Stat. 3126.)

c. The four parts of negligence are: duty, breach of duty, cause, and damages. The courts have held that the established rules relating to negligence apply in cases involving municipalities, *Birmingham v. Latham*, 162 So. 675 (1935).

d. Drugs and intoxicants were employed by the Defendant that disabled my ability to appraise or control my thoughts and actions. This is in violation of *18 U.S. Code § 2241 Aggravated sexual abuse (b) (2)*.

e. The Defendant compelled me by threat, in violation of *18 U.S. Code § 2241 (a) (2)*.

f. I was physically incapable of resisting and did not consent to the sexual act, in violation of *18 U.S. Code § 2242 - Sexual abuse (2b)*

g. I was less than one year old in January of 1987. This is according to my Delaware Birth Certificate and Social Security card. Both of which I have had in my possession since a very

4

young age. As the victim of a sex offense who was younger than 16 years old at the time, prosecution may be commenced at any time, according to *Maine Code Title 17 Part 1 Chapter 1 Section 8 (1) (B) Statute of Limitations*.

h. *Respondeat superior* holds the police department responsible for the actions of the police officers. The police department hires its employees. The police department is an employee of the city, State, and the United States. When the police department accepts its pay or funding, it acknowledges that it is doing so with the promise that it is doing its job to enforce laws, and provide service and protection to the citizens of the United States. The pay or the funding is the acknowledgement of the job well done. Otherwise, collecting pay or receiving money is theft. The police department is liable because the police officer represents the police department. The employee acts on the behalf of the employer. The police department acts on the will of the Judicial Branch of government, which acts on the will of the United States. "It is right and just that the person who creates a risk bears the loss when the risk ripens into harm." – *Bazley v. Curry*, 1999 CanLII 692 (SCC).

i. The Defendant was aware that I was under 18 years old when it solicited me for sexual acts, in violation of *18 U.S. Code § 2242 - Coercion and Enticement*

j. The Defendant penetrated me, in violation of *10 U.S. Code § 920 - Art. 120. Rape and sexual assault generally (g) (1) (A)*

k. The Rule of Law in the United States is that no person is immune from the written law. There is no position exempt from guilt. Ignorance of the law is no excuse. Sovereignty does not exist. "Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof (1st Amendment to the U.S. Constitution)." In the U.S.A. we are a democracy. A monarchy in England was rebelled from by our founding fathers to form this country. Monarchs have kings and sovereigns, lords, and gods who have lifelong positions in title. In a democracy, like the U.S.A. is, we have terms and term limits. Sovereigns are absolute and it is against the law to judge them unfavorably. The U.S. has checks and balances. In the U.S., every employee has a superior and an inferior employee. The three parts of government are arranged like a triangle, each with an equal amount of immunity. *Article 3 Section 2 of*

*the U.S. Constitution* reads "The judicial Power shall extend to all Cases, in Law and Equity, arising under this Constitution, the Laws of the United States, and Treaties made, or which shall be made, under their Authority;—to all Cases affecting Ambassadors, other public Ministers and Consuls;—to all Cases of admiralty and maritime Jurisdiction;—to Controversies to which the United States shall be a Party;—to Controversies between two or more States;—between a State and Citizens of another State,—between Citizens of different States,—between Citizens of the same State claiming Lands under Grants of different States, and between a State, or the Citizens thereof, and foreign States, Citizens or Subjects."

I. For its actions, the Defendant is liable to the Plaintiff in both Maine and in the United States. Pursuant to the U.S. Supreme Court ruling in *Summit Contracting Grp. Inc. v. Ashland Heights LP*, 2016 U.S. Dist. LEXIS 60662 (M.D. Tenn. May 6, 2016), I will file my complaint in the Superior Court for the State of Maine and the U.S. District Court located in Portland, Maine. In the Superior Court I am seeking reparations for violations of State laws, whereas in the federal court I am seeking relief for

7

    violations committed against me by the Defendant that are listed in the U.S. Title Code, and Constitution.

5. As a direct and proximate result of the negligent conduct of the Defendant Portland Maine PD, resulting in the aforementioned attempted murders of the Plaintiff, the Plaintiff Matthew Jones suffered serious bodily injuries in the past, and may continue to suffer from such injuries in the future. These injuries have resulted in the Plaintiff suffering great pain and bodily and thought discomfort in the past and may result in great pain and discomfort of the body and mind in the future.

6. The Plaintiff, Matthew Jones, as a direct and proximate result of the aforesaid negligent conduct of the Defendant which resulted in the aforementioned attempted murders and sex offenses, incurred medical expenses in the past, and will incur medical expenses in the future. "A-Rod Money", $250,000,000.00, is a fair value estimate for stem cells that will rejuvenate this body, overall health, restore life expectancy, eliminate illnesses, and regrow parts of the body that were lost to the traumas of anal rape, poisoning, bludgeoning, and psychosis.

WHEREFORE, the Plaintiff Matthew Jones, demands judgment against the Defendant, the Portland Maine Police Department for compensatory damages, including pain and suffering, and special damages, together with the costs of this action.

Matthew Jones, acting as my own Attorney

11366 Sussex Hwy

Greenwood, DE 19950

(302) 396-7319

AlfredENeuman3386@gmail.com

June 27, 2022