# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| MATTHEW JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Docket No. 2:22-cv-00201-NT |
| | ) |
| PORTLAND MAINE | ) |
| POLICE DEPARTMENT, | ) |
| | ) |
| Defendant. | ) |

## ORDER AFFIRMING THE RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On July 7, 2022, the United States Magistrate Judge filed with the Court, with copy to the Plaintiff, her Recommended Decision after a preliminary review of the Plaintiff's Complaint under 28 U.S.C. § 1915. Recommended Decision (ECF No. 6). The Plaintiff filed an objection to the Recommended Decision on July 18, 2022 (ECF No. 7). I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision. I concur with the recommendations of the United States Magistrate Judge.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. It is further **ORDERED** that, in accordance with 28 U.S.C. § 1915, the Plaintiff's complaint is **DISMISSED**.

In addition, I hereby place Matthew Jones on notice that filing restrictions "may be in the offing." *Cok v. Family Court of Rhode Island*, 985 F.2d 32, 35 (1st Cir.

1993). This represents the "cautionary order" of which *Cok* speaks. *Id.* Groundless and inappropriate filings will not be tolerated.

SO ORDERED.

/s/ Nancy Torresen
United States District Judge

Dated this 4th day of August, 2022.