UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| MATTHEW JONES,<br>  Plaintiff<br><br>v.<br><br>PORTLAND MAINE POLICE<br>DEPARTMENT,<br>  Defendant | )<br>)<br>)<br>)  CIVIL NO. 1:22-cv-00201-NT<br>)<br>)<br>)<br>)<br>) |

## JUDGMENT OF DISMISSAL

In accordance with the Order Affirming the Recommended Decision of the Magistrate Judge, issued by U.S. District Judge Nancy Torresen on August 4, 2022, the Plaintiff's Complaint is Dismissed. Judgment of Dismissal is hereby entered.

              Christa K. Berry
              Clerk of Court

           By: /s/ Melody Dalphonse
              Deputy Clerk

Dated: August 4, 2022